# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )   2:12-CR-299-MMD-(PAL)<br>) |
| MAXIMILLIAN CONLEY KVETAN, | )<br>) |
| Defendant. | ) |

## ORDER OF FORFEITURE

On October 16, 2012, defendant MAXIMILLIAN CONLEY KVETAN pled guilty to Counts One and Two of a Three-Count Criminal Indictment charging him in Counts One and Two with Bank Robbery in violation of Title 18, United States Code, Section 2113(a). Criminal Indictment, ECF No. 9.

This Court finds that MAXIMILLIAN CONLEY KVETAN shall pay a criminal forfeiture money judgment of $6,946.00 in United States Currency to the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from MAXIMILLIAN CONLEY KVETAN a criminal forfeiture money judgment in the amount of $6,946.00 in United States Currency.

DATED this 16 day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE